UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND  20770
301-344-0632

MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: <u>Lighty v. United States</u>, Civ. No. 12-3065 PJM, Crim. No. 03-0457
<u>Flood v. United States</u>, Civ. No. 11-3563, Crim. No. 03-0457
**Access to Juror Lists**

DATE: November 20, 2012

\*\*\*\*\*\*

It has come to the Court's attention that some issues have arisen as to how counsel should proceed in obtaining access to the juror strike lists. The Court has determined that counsel may only view the *original* lists in the Courthouse. Copies may not be made. This arrangement, which is in keeping with the procedure followed during voir dire at trial, appropriately balances the jurors' privacy interests against counsel's interest in pursuing appropriate discovery.

The Court emphasizes that no juror may be contacted *under any circumstance*.

The original lists are currently in Chambers. Please contact my law clerk, Adam Farra, to arrange a time for reviewing the lists. He can be reached at (301) 344-3655.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

cc: Court File
Jenifer L. Facelo, Jury Administrator